Kurt DANYSH, Appellant

v.

**John E. WETZEL, Secretary of the Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

April 24, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

**Wayne HOLLAND, Appellant**

v.

**BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 24, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the Order of the Commonwealth Court entered July 3, 2013 at No. 207 MD 2012 is hereby **AFFIRMED.**